UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY AND ON HEBALF OF THEIR MINOR CHILD, JM** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **SID J. GAUTREAUX, III INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHRIFF OF EAST BATON ROUGE PARISH** | **MAGISTRATE JUDGE:** |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish (hereinafter referred to as the "Defendant") who, pursuant to *28 U.S.C. §1441* and *28 U.S.C. §1446*, hereby files this Notice of Removal of the matter now pending in the Louisiana 19th Judicial District Court, in and for the Parish of East Baton Rouge, State of Louisiana, captioned "Gregory Mitchell and Shontelle Griffin Mitchell, Individually and on behalf of their minor child, JM versus Sid J. Gautreaux, III, Individually and in his capacity as Sheriff of East Baton Rouge Parish, bearing docket number 651,680, Section 24." A copy of this Notice of Removal is herewith served upon counsel of record for all parties, and further filed with the Clerk of the aforesaid state court, in conformity with *28 U.S.C. §1446(d)*.

The Defendant respectfully provides the following grounds for removal:

1.

This Court has subject matter jurisdiction over this action as this matter involves federal question jurisdiction arising from a civil action, wherein the Plaintiffs allege they have sustained

damages through the actions of the Defendant, including without limitation, alleged violations of the Plaintiffs' civil rights pursuant to 42 U.S.C. §1983 and §1988 by the Defendant, specifically including alleged violations of his rights under the First, Eighth, and Fourteenth amendments to the United States Constitution.

2.

The Petition was filed in State Court on or around September 26, 2016, Sheriff Gautreaux was served on September 28, 2016. Therefore, this Notice of Removal is timely since it has been filed within thirty (30) days after service on the Defendant of a copy of Plaintiffs' petition which alleges violations of his civil rights, pursuant to 42 U.S.C. §1983 and the Constitution of the United States of America.

3.

More specifically, paragraphs 8, 9, 10, and 12 of the Petition set forth allegations of violations of the Plaintiff's civil rights under the Constitution of the United States of America, including deprivation of the Plaintiffs' rights to peaceably assemble and associate, rights to bodily integrity and liberty and due process, and rights to be free from cruel and unusual punishment.

4.

Accordingly, this Court has original jurisdiction under the provisions of 28 U.S.C. 1331 and/or 42 U.S.C. 1983, *et seq*., and this matter is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. 1441, *et seq*.

5.

Attached hereto as Exhibit A is a copy of all process, pleadings and orders served upon the Defendant in the State Court action, pursuant to 28 U.S.C. 1446(a) along with all documents

filed in the State Court action available as of this date.

6.

Pursuant to 28 U.S.C. 1446(d), the Defendant has given and served written notice of this removal on all adverse parties through their counsel of record.

7.

The Defendant has filed a copy of this Notice of Removal with the Clerk of State Court where the action was originally filed (See attached Exhibit "B", Notice of Filing of Removal). Pursuant to 28 U.S.C. 1446(a) and Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel states that the averments of this Notice of Removal are well grounded in fact and are warranted by existing law and this matter is within the jurisdiction of this Court pursuant to 28 U.S.C. 1331, 42 U.S.C. 1981, et seq and 28 U.S.C. 1441, et seq.

**WHEREFORE**, defendant Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish, prays that this Notice of Removal be deemed good and sufficient as required by law, and that the aforesaid action "Gregory Mitchell and Shontelle Griffin Mitchell, Individually and on behalf of their minor child, JM versus Sid J. Gautreaux, III, Individually and in his capacity as Sheriff of East Baton Rouge Parish, bearing docket number 651,680, Section 24" on the docket of the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana, be removed from that court to the United States District Court for the Middle District of Louisiana, and that this Court have and assume full and complete jurisdiction thereof and issue all necessary orders and grant all general and equitable relief to which Defendant might be entitled.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*s/Tara L. Johnston*
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
CATHERINE S. ST. PIERRE (#18419)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone:  (225) 218-4446
Facsimile: (225) 246-2876

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Notice of Filing Notice of Removal has this day been mailed by U.S. Mail, postage prepaid, to counsel of record as follows:

Jill L. Craft, (#20922)
Crystal Bounds (#27490)
**Attorney at Law, LLC**
509 St. Louis Street
Baton Rouge, LA  70802

Baton Rouge, Louisiana, this 26th day of October, 2016.

*s/Tara L. Johnston*
Tara L. Johnston

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY AND ON HEBALF OF THEIR MINOR CHILD, JM | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| SID J. GAUTREAUX, III INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHRIFF OF EAST BATON ROUGE PARISH | MAGISTRATE JUDGE: |

## CERTIFICATE

**NOW INTO COURT,** through undersigned counsel, come defendant, Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish, who states that the exhibits attached hereto constitute the entire state court record of "Gregory Mitchell and Shontelle Griffin Mitchell, Individually and on behalf of their minor child, JM versus Sid J. Gautreaux, III, Individually and in his capacity as Sheriff of East Baton Rouge Parish, bearing docket number 651,680, Section 24" on the docket of the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*s/Tara L. Johnston*
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
CATHERINE S. ST. PIERRE (#18419)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY AND ON HEBALF OF THEIR MINOR CHILD, JM** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **SID J. GAUTREAUX, III INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHRIFF OF EAST BATON ROUGE PARISH** | **MAGISTRATE JUDGE:** |

## LIST OF ALL DOCUMENTS INCLUDED IN STATE COURT RECORD

1. Petition
2. Verification regarding parentage of minor child, JM
3. Citation to Sid J. Gautreaux, III
4. Citation Service Information to Sid J. Gautreaux

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY AND ON HEBALF OF THEIR MINOR CHILD, JM** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **SID J. GAUTREAUX, III INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHRIFF OF EAST BATON ROUGE PARISH** | **MAGISTRATE JUDGE:** |

## LISTING OF ALL COUNSEL OF RECORD

**Counsel for GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL obo minor child, JM**

    Jill Craft
    Crystal Bounds
    **Jill Craft, Attorney at Law, LLC**
    509 St. Louis Street
    Baton Rouge, LA 70802
    Telephone: (225) 663-2612
    Facsimile: (225) 663-2613

**Counsel for Defendant, SID J. GAUTREAUX, III, INDIVIDUALLY and in his OFFICIAL CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH**

    Mary G. Erlingson
    Catherine S. St. Pierre
    Tara L. Johnston
    **ERLINGSON BANKS, PLLC**
    One American Place
    301 Main Street, Suite 2110
    Baton Rouge, Louisiana 70801
    Telephone:  (225) 218-4446

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing List of Documents Included in State Court Record and Listing of All Counsel of Record have this day been mailed by U.S. Mail, postage prepaid, to counsel of record as follows:

> Jill L. Craft, (#20922)
> Crystal Bounds (#27490)
> **Attorney at Law, LLC**
> 509 St. Louis Street
> Baton Rouge, LA  70802
> PH:  225.663.2612

Baton Rouge, Louisiana, this 26th day of October, 2016.

                    *s/Tara L. Johnston*
                        Tara L. Johnston