19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA
NUMBER 651680 DIVISION "SEC. 24"

GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY
AND ON
BEHALF OF THEIR MINOR CHILD, JM

VERSUS

SID J. GAUTREAUX, III, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF
EAST BATON ROUGE PARISH

********************************************************************

## PETITION

Petitioners, Gregory Mitchell and Shontelle Griffin Mitchell, individually and on behalf of their minor child, JM (initials are used herein as he is a minor child), residents of the full age of majority of the East Baton Rouge Parish, Louisiana, respectfully represent:

1.

The made defendant herein is, Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish, who is justly and truly indebted unto Petitioners for all sums as are reasonable under the premises, legal interest thereon from the date of judicial demand attorney fees, until paid, and all such other relief to which Petitioners, individually and on behalf of their minor son, are entitled at law or in equity;

2.



Petitioners, Gregory Mitchell and Shontelle Griffin Mitchell, are the parents and natural tutors of their minor child, JM.

3.

JM is currently a student attending Glen Oaks High School in Baton Rouge. Throughout his years at Glen Oaks High School, JM participated as a band member.

4.

On April 2, 2016, JM participated in "Battle of the Bands" event as a member of the Glen Oaks High School band, at FG Clark Activity Center, on the campus of Southern University in Baton Rouge, Louisiana.

5.

After the event had concluded, JM, members of the GOHS band, and their parents were boarding a bus and an impromptu and spontaneous song competition began between members of

REC'D C.P.

SEP 27 2016

the GOHS band and another school whom were peacefully assembled on public property.

6.

The participants then, as instructed, continued to board the buses. Then, suddenly without any provocation, reason, or cause what so ever, an unidentified Sheriff's deputy began pepper spraying the students, band director, and parents.

7.

At all times, said unidentified Sheriff's Deputy was in uniform and was employed by Defendant Sid J. Gautreaux, III.

8.

Petitioners, individually and on behalf of their minor child, show that the incident sued upon herein was caused by the negligence and/or fault of the defendant, Gautreaux, consisting of, but not limited to, the following:

1. Failure to train his deputy on deployment of pepper spray;

2. Failure to train in use of force, crowd control, command of temper;

3. Failure to adequately supervise his deputies;

4. Such other acts, as will be more fully shown at trial of this matter.

8.

At all pertinent times, Defendant was a "person acting under color of authority" within the meaning and intent of 42 U.S.C. § 1983.

9.

At all pertinent times, Petitioners, individually and on behalf of their minor child, enjoyed clearly established rights to peaceably assemble and associate guaranteed pursuant to the 1st Amendment to the United States Constitution. Defendant violated Petitioners' clearly established rights as set forth herein and is thus liable into Petitioners pursuant to 42 U.S.C. § 1983.

10.

At all pertinent times, Petitioners, individually and on behalf of their minor child, clearly established rights to bodily integrity and liberty and due process pursuant to the 14th Amendment to the United States Constitution; and to be free from cruel and unusual punishment pursuant to the 8th Amendment to the United States Constitution. Defendant violated Petitioners' clearly established rights as set forth herein and thus liable unto Petitioners pursuant to 42 U.S.C. § 1983.

11.

As a result of the herein situation sued upon herein, Petitioners, individually and on behalf of their minor child, JM, sustained damage which include, but not limited to, loss of consortium, severe emotional distress and mental anguish, physical injuries including burning of the skin, body, and eyes, past and future medical and/or physiological expenses, and such other damages as will be more fully shown at trial and all for which Petitioners sure for herein.

12.

Petitioners, individually and on behalf of their minor child, JM, are entitled to an award of attorney's fees pursuant to the 42 U.S.C. § 1988.

13.

Petitioners, individually and on behalf of their minor child, JM, are entitled to all such other relief as may be authorized by law or in equity.

14.

Petitioners, individually and on behalf of their minor child, JM, are entitled to and desire trial by jury of this matter.

WHEREFORE, Petitioner, Gregory Mitchell and Shontelle Griffin Mitchell, individually and on behalf of their minor child, JM, pray for trial by jury, and, after due proceedings are had that there be Judgment herein in their favor and against defendant, Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish, for all sums as are reasonable under the premises, attorney's fees, legal interest thereon from the date of demand until paid, and all such other relief to which they are entitled at law or in equity.

RESPECTFULLY SUBMITTED:

_____
JILL L. CRAFT, La. Bar Roll No. 20922
Attorney at Law, LLC
Crystal Bounds, La. Bar Roll No. 27490
509 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 663-2612
Facsimile: (225) 663-2613

PLEASE SERVE:

Sid J. Gautreaux, III,
At his place of employment,
East Baton Rouge Parish Sheriff's Office
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

19ᵀᴴ JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER _____ DIVISION "___"

GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY
AND ON
BEHALF OF THEIR MINOR CHILD, JM

VERSUS

SID J. GAUTREAUX, III, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF
EAST BATON ROUGE PARISH

*************************************************************

**VERIFICATION**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

Gregory Mitchell and Shontelle Griffin Mitchell,
husband and wife and parents of the minor child, JM,
individually and on behalf of their minor child, JM

residents of the full age of majority of the East Baton Rouge Parish, who upon being duly sworn did depose and state that we are the Petitioners in the above and foregoing Petition, are the parents and are the natural tutors of their minor child, JM, that we have read the Petition and all facts and allegations contained therein are true and correct.

_____     _____
Gregory Mitchell,                    Shontelle Griffin Mitchell,
individually and on behalf of his son, JM     individually and on behalf of her son, JM

SWORN TO AND SUBSCRIBED before me, Notary Public, this ___ day of August, 2016.



_____
Notary Public



2402-16-005307

# CITATION

**GREGORY MITCHELL INDV. & OBO.**
**ET AL**
(Plaintiff)

vs.

**EBR PARISH SHERIFFS OFFICE**
(Defendant)

NUMBER C651680 SECTION 24

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  SID J. GAUTREAUX, III
AT HIS PLACE OF EMPLOYMENT
EAST BATON ROUGE PARISH SHERIFF'S OFFICE
8900 JIMMY WEDELL DRIVE
BATON ROUGE, LA 70807

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-SEP-2016**.



Sharon Zito
_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CRYSTAL G. LAFLEUR**

*The following documents are attached:
**PETITION; VERIFICATION;**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

| | |
|---|---|
| SERVICE: $_____ | _____ |
| MILEAGE: $_____ | Deputy Sheriff |
| TOTAL: $_____ | Parish of East Baton Rouge |

RECEIVED
SEP 30 2016

CITATION - 2402


EBR3854948


RECEIVED
OCT 03 2016
BY: 7200·215

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER 651680  DIVISION "SEC. 24"

GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY
AND ON
BEHALF OF THEIR MINOR CHILD, JM

VERSUS

SID J. GAUTREAUX, III, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF
EAST BATON ROUGE PARISH

*************************************************************

## PETITION

Petitioners, Gregory Mitchell and Shontelle Griffin Mitchell, individually and on behalf of their minor child, JM (initials are used herein as he is a minor child), residents of the full age of majority of the East Baton Rouge Parish, Louisiana, respectfully represent:

1.

The made defendant herein is, Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish, who is justly and truly indebted unto Petitioners for all sums as are reasonable under the premises, legal interest thereon from the date of judicial demand attorney fees, until paid, and all such other relief to which Petitioners, individually and on behalf of their minor son, are entitled at law or in equity;

2.

Petitioners, Gregory Mitchell and Shontelle Griffin Mitchell, are the parents and natural tutors of their minor child, JM.

3.

JM is currently a student attending Glen Oaks High School in Baton Rouge. Throughout his years at Glen Oaks High School, JM participated as a band member.

4.

On April 2, 2016, JM participated in "Battle of the Bands" event as a member of the Glen Oaks High School band, at FG Clark Activity Center, on the campus of Southern University in Baton Rouge, Louisiana.

5.

After the event had concluded, JM, members of the GOHS band, and their parents were boarding a bus and an impromptu and spontaneous song competition began between members of

Certified True and Correct Copy
eCertID: 000272164
Sharon Tito
East Baton Rouge Parish
Deputy Clerk of Court
REC'D C.P.
SEP 27 2016
Generated Date: 9/27/2016 1:16 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

the GOHS band and another school whom were peacefully assembled on public property.

6.

The participants then, as instructed, continued to board the buses. Then, suddenly without any provocation, reason, or cause what so ever, an unidentified Sheriff's deputy began pepper spraying the students, band director, and parents.

7.

At all times, said unidentified Sheriff's Deputy was in uniform and was employed by Defendant Sid J. Gautreaux, III.

8.

Petitioners, individually and on behalf of their minor child, show that the incident sued upon herein was caused by the negligence and/or fault of the defendant, Gautreaux, consisting of, but not limited to, the following:

1. Failure to train his deputy on deployment of pepper spray;
2. Failure to train in use of force, crowd control, command of temper;
3. Failure to adequately supervise his deputies;
4. Such other acts, as will be more fully shown at trial of this matter.

8.

At all pertinent times, Defendant was a "person acting under color of authority" within the meaning and intent of 42 U.S.C. § 1983.

9.

At all pertinent times, Petitioners, individually and on behalf of their minor child, enjoyed clearly established rights to peaceably assemble and associate guaranteed pursuant to the 1st Amendment to the United States Constitution. Defendant violated Petitioners' clearly established rights as set forth herein and is thus liable into Petitioners pursuant to 42 U.S.C. § 1983.

10.

At all pertinent times, Petitioners, individually and on behalf of their minor child, clearly established rights to bodily integrity and liberty and due process pursuant to the 14th Amendment to the United States Constitution; and to be free from cruel and unusual punishment pursuant to the 8th Amendment to the United States Constitution. Defendant violated Petitioners' clearly established rights as set forth herein and thus liable unto Petitioners pursuant to 42 U.S.C. § 1983.



Certified True and Correct Copy
eCertID: 000272164

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/27/2016 1:16 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

11.

As a result of the herein situation sued upon herein, Petitioners, individually and on behalf of their minor child, JM, sustained damage which include, but not limited to, loss of consortium, severe emotional distress and mental anguish, physical injuries including burning of the skin, body, and eyes, past and future medical and/or physiological expenses, and such other damages as will be more fully shown at trial and all for which Petitioners sure for herein.

12.

Petitioners, individually and on behalf of their minor child, JM, are entitled to an award of attorney's fees pursuant to the 42 U.S.C. § 1988.

13.

Petitioners, individually and on behalf of their minor child, JM, are entitled to all such other relief as may be authorized by law or in equity.

14.

Petitioners, individually and on behalf of their minor child, JM, are entitled to and desire trial by jury of this matter.

WHEREFORE, Petitioner, Gregory Mitchell and Shontelle Griffin Mitchell, individually and on behalf of their minor child, JM, pray for trial by jury, and, after due proceedings are had that there be Judgment herein in their favor and against defendant, Sid J. Gautreaux, III, individually and in his capacity as Sheriff of East Baton Rouge Parish, for all sums as are reasonable under the premises, attorney's fees, legal interest thereon from the date of demand until paid, and all such other relief to which they are entitled at law or in equity.

RESPECTFULLY SUBMITTED:

_____
JILL L. CRAFT, La. Bar Roll No. 20922
Attorney at Law, LLC
Crystal Bounds, La. Bar Roll No. 27490
509 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 663-2612
Facsimile: (225) 663-2613



PLEASE SERVE:

Sid J. Gautreaux, III,
At his place of employment,
East Baton Rouge Parish Sheriff's Office
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

Certified True and Correct Copy
eCertID: 000272164
Sharon Tito
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 9/27/2016 1:16 PM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# 19TH JUDICIAL DISTRICT COURT
## PARISH OF EAST BATON ROUGE
## STATE OF LOUISIANA

NUMBER _____ DIVISION "____"

**GREGORY MITCHELL AND SHONTELLE GRIFFIN MITCHELL, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, JM**

**VERSUS**

**SID J. GAUTREAUX, III, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH**

*************************************************************

## VERIFICATION

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

Gregory Mitchell and Shontelle Griffin Mitchell,
husband and wife and parents of the minor child, JM,
individually and on behalf of their minor child, JM

residents of the full age of majority of the East Baton Rouge Parish, who upon being duly sworn did depose and state that we are the Petitioners in the above and foregoing Petition, are the parents and are the natural tutors of their minor child, JM, that we have read the Petition and all facts and allegations contained therein are true and correct.

_____          _____
Gregory Mitchell,                                    Shontelle Griffin Mitchell,
individually and on behalf of his son, JM            individually and on behalf of her son, JM

SWORN TO AND SUBSCRIBED before me, Notary Public, this ___ day of August, 2016.

_____
Notary Public



Certified True and Correct Copy
eCertID: 000272165

Sharon Tito
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/27/2016 1:17 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

2402-16-005307

# CITATION

| | |
|---|---|
| GREGORY MITCHELL INDV. & OBO. ET AL<br>(Plaintiff) | NUMBER C651680 SECTION 24<br><br>19th JUDICIAL DISTRICT COURT |
| vs. | PARISH OF EAST BATON ROUGE |
| EBR PARISH SHERIFFS OFFICE<br>(Defendant) | STATE OF LOUISIANA |

TO:   SID J. GAUTREAUX,III
      AT HIS PLACE OF EMPLOYMENT
      EAST BATON ROUGE PARISH SHERIFF'S OFFICE
      8900 JIMMY WEDELL DRIVE
      BATON ROUGE, LA 70807

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **27-SEP-2016**.



*Sharon Zito*
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: CRYSTAL G. LAFLEUR

*The following documents are attached:
PETITION;VERIFICATION;

---

### SERVICE INFORMATION:

Received on the __3__ day of __Oct__, 20__16__ and on the __3__ day of __Oct__, 20__16__, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at __Skip Moran__.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this __3__ day of __Oct__, 20__16__.

SERVICE:   $_____
MILEAGE:   $_____          _____
TOTAL:     $_____          Deputy Sheriff
                              Parish of East Baton Rouge

CITATION - 2402

FILED
OCT 03 2016
DEPUTY CLERK OF COURT


EBR3854948